E-filing

1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  433 Town Center, No. 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4
   ATTORNEY FOR PLAINTIFF

**FILED**

JUL 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETRISHA LEDBETTER, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL RECOVERY ASSOCIATES, INC., dba CRA SECURITY SYSTEMS, and RICHARD LYONS, an individual,<br><br>Defendants. | Case No.: 05-02223 MJJ<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to FRCP 41 (a), Plaintiff Betrisha Ledbetter hereby dismisses without prejudice the captioned action

Dated: 7/19/05

/s/ Irving L. Berg
Irving L. Berg
THE BERG LAW GROUP
433 Town Center, No. 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
ATTORNEY FOR PLAINTIFF

**IT IS SO ORDERED**

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

7/21/2005
DATE

NOTICE OF DISMISSAL WITHOUT PREJUDICE                    1